IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TATUM COOPER,[1] | § | |
| | § | No. 159, 2025 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | File No. CN18-03348 |
| KHALIL ELLIS, | § | Petition No. 24-13430 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: November 7, 2025
Decided: January 6, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the opening brief and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of and for the reasons assigned by the Family Court in its March 28, 2025 decision granting the appellee's petition to modify custody.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).